UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FIELDS,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. 25-cv-05043-RFL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR REMAND**<br><br>Re: Dkt. Nos. 8, 17 |

On June 18, 2025, Plaintiff filed a motion to remand his case to state court on the ground that the Court lacked subject matter jurisdiction over his third amended complaint, which asserted only state law claims. (Dkt. No. 8.) Defendant City and County of San Francisco ("Defendant") opposed the motion solely on the basis that Plaintiff had not sought leave to file a third amended complaint and the Court had subject matter jurisdiction over the operative complaint. In response, Plaintiff moved for leave to file a third amended complaint on July 3, 2025. (Dkt. No. 17.) Defendant filed a statement of non-opposition. Accordingly, Plaintiff's motion for leave is **GRANTED**, meaning that the third amended complaint will be treated as the operative complaint.

Thus, given that the third amended complaint asserts exclusively state law claims, the Court no longer possesses subject matter jurisdiction over this case. Accordingly, Plaintiff's motion for remand is **GRANTED**, and the case shall be remanded to state court.

  **IT IS SO ORDERED.**

Dated: August 11, 2025

                           RITA F. LIN<br>
                           United States District Judge

1